1  VAHN ALEXANDER (167373)
   CHRISTOPHER B. HAYES (277000)
2  **FARUQI & FARUQI, LLP**
   1901 Avenue of the Stars, 2nd Floor
3  Los Angeles, CA 90067
   Telephone: (310) 461-1426
4  Facsimile: (310) 461-1427
   valexander@faruqilaw.com
5
   *Attorneys for Plaintiff*
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | NICOLE HALL, on Behalf of Herself and All Others Similarly Situated, | Case Number: 11-cv-1757-SBA |
|---|---|
12 | | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
13 | Plaintiff, | |
14 | vs. | Judge: Hon. Saundra B. Armstrong
Ctrm: 1-4th Floor |
15 | CLARUS MARKETING GROUP, LLC, a Connecticut corporation; PROVIDE COMMERCE, INC. a Delaware corporation; DOES 1 through 50, inclusive. | |
16 | | |
17 | | |
18 | Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL – CASE NO. 11-cv-1757-SBA**

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, defendant having not answered the Complaint or filed a motion for summary judgment, plaintiff Nicole Hall hereby gives notice of her voluntary dismissal of her claims in this action without prejudice.

Dated: November 11, 2011         **FARUQI & FARUQI, LLP**


By:       /s/Vahn Alexander
          VAHN ALEXANDER

CHRISTOPHER B. HAYES
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
E-Mail: valexander@faruqilaw.com

*Attorneys for Plaintiff*
NICOLE HALL

---

1

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL – CASE NO. 11-cv-1757-SBA**

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

/s/*Vahn Alexander*
Vahn Alexander

# Mailing Information for a Case 4:11-cv-01757-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecfca@faruqilaw.com

- **Michelle Carrie Doolin**
  mdoolin@cooley.com,bambrose@cooley.com

- **Leo Patrick Norton**
  lnorton@cooley.com,maraujo@cooley.com

- **Michael Graham Rhodes**
  rhodesmg@cooley.com,moyespe@cooley.com,lopezre@cooley.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)